IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KARIMAH MILLIGAN, on behalf of Russell Milligan, Deceased,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:14-CV-868-L** |
| **CAROLYN W. COLVIN, Commissioner of the Social Security Administration**, | § § § § | |
| Defendant. | § § | |

# ORDER

Plaintiff filed this appeal on March 7, 2014, pursuant to 42 U.S.C. § 405(g), from the decision of the Commissioner of the Social Security Administration ("Commissioner") denying her claim for disability insurance benefits. The case was referred to Magistrate Judge David L. Horam, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on November 19, 2014, recommending that the court affirm in all respects the final decision of the Commissioner of the Social Security Administration ("Commissioner"). No objections to the Report were filed. Having reviewed the pleadings, file, record, applicable law, and the magistrate judge's findings and conclusions, the court determines that the magistrate judge's findings and conclusions are correct and **accepts** them as those of the court. Accordingly, the court **affirms** the Commissioner's decision and **dismisses with prejudice** this appeal.

**It is so ordered** this 12th day of December, 2014.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page